```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         EASTERN DIVISION
```

GAY LYNN REYES AKA JACLYN REYES
AKA JACKIE LYNN REYES AKA JACKIE L.
REYES AKA JACLYN HOUSTIN AND R.A.H.
(A MINOR CHILD), BY AND THROUGH HER
MOTHER AND NATURAL GUARDIAN                               PLAINTIFFS


VS.                               CIVIL ACTION NO. 4:09CV183TSL-LRA


TUE UNITED STATES ATTORNEY GENERAL,
IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES, THE U.S. ATTORNEY FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITIES,
MISSISSIPPI ATTORNEY GENERAL, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITIES,
BANKPLUS BALZONI MISSISSIPPI, THOMAS R.
HUDSON, WAYNE KIDD, THE STATE OF ARKANSAS,
THE LAUDERDALE COUNTY SHERIFFS DEPARTMENT                 DEFENDANTS


                          ORDER OF RECUSAL

    Pursuant to 28 U.S.C. §455(a), the undersigned is compelled

to disqualify himself in the above styled and numbered proceeding.

    Accordingly, the undersigned does hereby recuse himself in

this cause.

    ORDERED this 3rd day of May, 2010.


                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE